JS-6

1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11   AMERIS BANK, doing business as          Case No. 8:23-cv-02447-JWH-DFM
         BALBOA CAPITAL
12       CORPORATION,                         **JUDGMENT**

13              Plaintiff,

14       v.

15   ZARIZ TRANSPORT INC, and
         YAAKOV ISRAEL GUZELGUL,
16
                Defendants.
17

18
19
20
21
22
23
24
25
26
27
28

Pursuant to the "Order Granting Plaintiff's Unopposed Motion for Default Judgment [ECF No. 26]" entered substantially contemporaneously herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

2. Plaintiff Ameris Bank, doing business as Balboa Capital Corporation, shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Defendants Zariz Transport Inc. and Yaakov Israel Guzelgul, jointly and severally, in the amount of **$222,391.05** (consisting of the principal amount due of $186,159.86; prejudgment interest of $28,305.00; litigation costs of $603.00; and attorneys' fees of $7,323.19).

3. Other than potential post-judgment remedies, to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated:  December 30, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE